

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2014

No. 04-14-00254-CV

**IN RE LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

The court has considered the Motion for En Banc Reconsideration filed on behalf of the real party in interest on August 11, 2014 and the motion is DENIED.

It is so **ORDERED** on August 29th, 2014.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 09-03-11925-ZCV, styled *Julian T. Morales v. Liberty Mutual Fire Insurance Company*, pending in the 365th Judicial District Court, Zavala County, Texas, the Honorable Amado J. Abascal III presiding.